UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x

NOOR AL DEEN MAHER ADNAN AL QASEM,

        Plaintiffs,

     v.

LUIS SOTO, in his capacity as warden
of Delaney Hall Detention Facility,
JOHN TSOUKARIS, in his capacity as
Field Office Director Newark ERO,
KRISTI NOEM in her capacity as
Secretary of Homeland Security
PAM BONDI, Attorney General,
EXECUTIVE OFFICE FOR
IMMIGRATION REVEIW

        Defendants.

*All individuals sued in their official capacities.*

-----------------------------------------------------------------x

**STIPULATION OF
DISMISSAL
WITH PREJUDICE**

Civil Action No.
3:26-cv-00347-RK
(Judge Robert Kirsch)

   IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
   April 13, 2026

SHOLLA LAW FIRM P.C.
*Counsel for Plaintiffs*
150 Broadway, 9th Floor
Ste 901
New York, New York 10038

By:     /S/
    Patrick C. Crowley, Esq.
    (914) 406-5075
    pcrowley@shollalawfirm.com

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** April 14, 2026

Dated: New, New York
    April 13, 2026

Robert Frazer
United States Attorney
*Counsel for Defendants*
OFFICE OF THE U.S. ATTORNEY
970 BROAD STREET
NEWARK, NJ 07102

By:    _____/S/_____

**FRANCES C. BAJADA**
OFFICE OF THE U.S. ATTORNEY
970 BROAD STREET
NEWARK, NJ 07102
973-297-2038
Email: frances.bajada@usdoj.gov